**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| MANDY MICHELLE DEROSA | : No. 612 MAL 2022 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| WILLIAM JOSEPH GORDON AND | : |
| KERRON REGIS, | : |
| | : |
| Intervenor | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: WILLIAM JOSEPH | : |
| GORDON | : |

| | |
|---|---|
| MANDY MICHELLE DEROSA | : No. 613 MAL 2022 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| WILLIAM JOSEPH GORDON AND | : |
| KERRON REGIS, | : |
| | : |
| Intervenor | : |
| | : |
| | : |
| | : |
| PETITION OF: WILLIAM JOSEPH | : |
| GORDON | : |

| | |
|---|---|
| KERRON REGIS | : No. 614 MAL 2022 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| MANDY MICHELLE DEROSA AND | : |
| WILLIAM JOSEPH GORDON | : |

PETITION OF: WILLIAM JOSEPH
GORDON

KERRON REGIS

v.

MANDY MICHELLE DEROSA AND
WILLIAM JOSEPH GORDON

PETITION OF: WILLIAM JOSEPH
GORDON

:
:
:
:
:
: No. 615 MAL 2022
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 16th day of February, 2023, the Petition for Allowance of Appeal

is **DENIED**.